JS 45 (5/97) - (Revised USAO MA 11/15/05)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Hanover, MA   **Category No.** III   **Investigating Agency** ICE

**City** Hanover, MA and Elsewhere   **Related Case Information:**

**County** Plymouth

Superseding Ind./ Inf. _____   Case No. 10CR 10414 WGY
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   See Additional Information
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Kevin Burke Kelly   Juvenile   ☐ Yes   ☒ No

Alias Name   D.B.

Address   5902 Poplar Springs Church Rd., Sanford, North Carolina

Birth date (Year only): 1977   SSN (last 4 #): 4172   Sex M   Race: Caucasian   Nationality: USA

Defense Counsel if known:   Robert E. Nunley   Address: 5 West Hargett St., Suite 1000
                                                                            Raleigh, NC 27601

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Scott L. Garland   Bar Number if applicable   650358

Interpreter:   ☐ Yes   ☒ No   List language and/or dialect: _____

Victims:   ☒ Yes   ☐ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)   ☐ Yes   ☒ No

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12-6-10   Signature of AUSA: Scott L. Garland

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Kevin Burke Kelly

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2  18 U.S.C. § 2314 | Interstate Transportation of Stolen Property | 2 |
| Set 3  18 U.S.C. § 1028A | Aggravated Identity Theft | 3 |
| Set 4  18 U.S.C. § 981(a)(1)(C) | Forfeiture | N/A |
| Set 5  28 U.S.C. § 2461(c) | Forfeiture | N/A |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

Search Warrant Case #s:   09-1624-TSH, 09-1665-TSH, 09-1768-TSH, 09-1772-TSH, 09-1774-TSH, 09-MJ-1016-1 (D. M.D.N.C.)

Other Related Cases:   United States v. BL Trading, LLC (filed today)