# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>Kevin B. Kelly )<br>Defendant ) | CaseNo.1:10-cr-10414-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Brendan M. Shortell, as local counsel for Kevin B. Kelly, in the above-captioned matter.

/s/ Brendan M. Shortell
Brendan M. Shortell, Esq.
(BBO # 675851)
LAMBERT & ASSOCIATES
92 State Street, Suite 200
Boston, MA 02109
Tel. No.: (617) 720-0091
Fax. No.: (617) 720-6307

Dated: January 4, 2011