# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>Kevin B. Kelly )<br>Defendant ) | CaseNo.1:10-cr-10414-WGY |

## MOTION FOR ADMISSION PRO HAC VICE FEES
## FOR ATTORNEY ROBERT E. NUNLEY
## (Assented-To)

The undersigned is tendering the payment to the Clerk of the U.S. District Court, in the amount of $50.00, for the notice of appearance and motion for admission pro hac vice of Robert E. Nunley.

Respectfully submitted,
Kevin B. Kelly

By its Attorneys,

/s/ Brendan M. Shortell
Brendan M. Shortell, Esq.
(BBO # 675851)
LAMBERT & ASSOCIATES
92 State Street, Suite 200
Boston, MA 02109
Tel. No.: (617) 720-0091
Fax. No.: (617) 720-6307

Dated: Jan 4, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 4, 2010.

/s/ Brendan M. Shortell
Brendan M. Shortell, Esq.
(BBO#675851)
LAMBERT & ASSOCIATES
92 State Street, Suite 200
Boston, MA 02109
Tel. No.: (617) 720-0091
Fax. No.: (617) 720-630