Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 10-CR-10414-WGY |
| ) | |
| KEVIN B. KELLY    ) | |

## WAIVER OF INDICTMENT

I, **KEVIN B. KELLY**, the above-named defendant, who is accused of wire fraud in the theft and sale of stolen computer parts between 2000 and 2009, in violation of 18 U.S.C. § 1343, the interstate transportation of this stolen property, in violation of 18 U.S.C. § 2314, and the knowing possession and use without lawful authority of a means of identification of another person in connection with the wire fraud, in violation of 18 U.S.C. § 1028A, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on January 6, 2011, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer