

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CR No. 10-10414-WGY |
|---|---|
| DEFENDANT<br>**KEVIN B. KELLY** | TYPE OF PROCESS<br>**PRELIMINARY ORDER OF FORFEITURE** |

<table>
<tr><td rowspan="2">SERVE<br>AT</td><td colspan="2">Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize<br><br>Robert  E. Nunley, Esq., Nunley & Associates, PLLC</td></tr>
<tr><td colspan="2">Address (Street or RFD / Apt. # / City, State, and Zip Code)<br><br>5 West Hargett Street, Suite 1000, Raleigh, NC 27601</td></tr>
</table>

| Send NOTICE OF SERVICE  copy to Requester:<br><br>VERONICA M. LEI, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be<br>Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be<br>Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

JRL  x3280

| Signature of Attorney or other Originator<br>requesting service on behalf  of | [ X ]Plaintiff<br><br>[  ]Defendant | Telephone No.<br><br>(617) 748-3100 | Date<br><br>April 4, 2011 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the<br>Total # of Process Indicated. | District of<br>Origin<br>No. ____ | District to Serve<br><br>No. _____ | SIGNATURE OF AUTHORIZED TREASURY<br>AGENCY OFFICER | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [  ] PERSONALLY SERVED, [  ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[  ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown<br>above: | [  ]  A Person of suitable age and discretion then residing<br>in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than<br>shown above.) | Date of Service<br><br>04-11-2011 | Time of  Service    [  ] AM<br><br>[  ] PM |
| | Signature, Title and Treasury Agency<br><br>*Barry R. Small - FP&F OFFICER - DHS-CBP* | |
| REMARKS: | | |

**TD F 90-22.48 (6/96)**

☐ **RETURN TO COURT**    ☐ **FOR CASE FILE**    ☐ **LEAVE AT PLACE OF SERVICE**    ☐ **FILE COPY**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☑ Agent
                     ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

Jack Green   4.14.11

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Robert E Nunley, Esq.
Nunley & Associates, PLLC
5 West Hargett St.
Suite 1006
Raleigh, N.C 27601

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article N
   (Transfe

PS Form   05-02-M-154



7010 1060 0000 1231 1731

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage   $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees   $

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Postmark Here

PS Form 3800, August 2006   See Reverse for Instructions