

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 10-cr-10414-WGY |
|---|---|
| DEFENDANT<br>KEVIN B. KELLY | TYPE OF PROCESS<br>FINAL ORDER OF FORFEITURE |

| SERVE AT | Name Of Individual, Company, Corporation, Etc.. to Serve or Description of Property to Seize |
|---|---|
| | one Chevrolet Corvette bearing Vehicle Identification Number 1G1YY26E985100647 |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>CHRISTINE J. WICHERS, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced asset, in accordance with the attached Final Order of Forfeiture, and applicable law.

JRL x3280

| Signature of Attorney or other Originator requesting service on behalf of [X] Plaintiff [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>July 27, 2011 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date<br>12-16-2011 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>1901 Crossbeam Dr.,<br>Charlotte, NC 28217 | Date of Service<br>12/16/2011 | Time of Service<br>10:40 [X] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Barry K Small - FF&F Officer - DHS CBP | |

REMARKS:

TD F 90-22.48 (6/96)

☐ RETURN TO COURT ☐ FOR CASE FILE ☐ LEAVE AT PLACE OF SERVICE ☐ FILE COPY