UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>             Plaintiff,        )<br>                                    )<br>     v.                             )<br>                                    )<br>KEVIN KELLY,                        )<br>             Defendant,        )<br>                                    )<br>     *and*                          )<br>                                    )<br>BRANCH BANK AND TRUST CO.           )<br>             Garnishee.        )  | 1:10-CR-10414-WGY |

## WRIT OF GARNISHMENT

GREETINGS TO:   BRANCH BANK AND TRUST CO.
                Boston, MA

An Application For Writ of Garnishment against the property of the defendant, Kevin Kelly (hereinafter "Kelly"), has been filed with this Court. A Judgment has been entered against the above-named defendant in the amount of $930,191.00, plus costs and interest.

Pursuant to 28 U.S.C.§ 3205(c), you must state under oath in your written answer to this Writ whether or not you have in your custody, control or possession, any property owned by Kelly. If so, you must describe such property and the value of such interest.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the Clerk of the United States District at: 1 Courthouse Way, Suite 2300, Boston, MA 02210. Additionally, you are required by law to serve a copy of your answer to this Writ upon the defendant: Kevin Kelly located in Butner, NC; and upon the United States Attorney's Office, Financial Litigation Unit, One Courthouse Way, Suite 9200, Boston, MA 02210.

You must withhold and retain any property that the defendant has a substantial nonexempt interest and for which you are or may become indebted to the defendant pending further order of the Court. Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this order is listed on the attached Claim for Exemption form.

If you fail to answer this writ or withhold property in accordance with this Writ, the United States of America may petition the Court for an order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court may enter a judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this writ.

SARAH A. THORNTON
Clerk, United States District Court

By: _____
Deputy Clerk

DATED: February 24, 2012