UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                Plaintiff, )<br>                        )<br>      v.                      )<br>                        )<br>KEVIN KELLY,           )<br>                Defendant, )<br>                        )<br>               *and*      )<br>                        )<br>BRANCH BANK AND TRUST CO. )<br>                Garnishee. ) | 1:10-CR-10414-WGY |

## CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT

TO: KEVIN KELLY

You are hereby notified that non-exempt funds are being taken by the United States of America to be applied towards an imposed judgment of $930,191.00. As of February 23, 2012, a balance of $932,308.62 remains outstanding.

Also, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the major exemptions that apply in Massachusetts.

You have a right to ask the court to return your property to you if you think you do not owe the money the Government says you owe, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing. You must either mail it or deliver it in person to the Clerk of the United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. You must

also send a copy of your request to the United States Attorney's Office, Financial Litigation Unit located at One Courthouse Way, Suite 9200, Boston, MA 02210, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property is exempt or why you think you do not owe the money imposed by the United States District Court. If you do not request a hearing within 20 days of receiving this notice, your funds or property may be withheld or sold at public auction and applied to pay your judgment debt.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court. You must also send a copy of your request to the United States Attorney's Office - Financial Litigation Unit, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of the court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

**SARAH A. THORNTON**

---
CLERK, UNITED STATES DISTRICT COURT