UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:10-CR-10414-WGY |
| KEVIN KELLY, | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| BRANCH BANK AND TRUST CO. | ) | |
| Garnishee. | ) | |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the

Defendant, Kevin Kelly, whose last known address is in Butner, NC and Defendant's Legal

Counsel, Robert E. Nunley, whose last known address is in Raleigh, NC were served by certified

mail the following documents:

1.     Copy of Application for Writ of Garnishment.

2.     Copy of Writ of Garnishment with attached Claim of Exemptions Form.

3.     Clerk's Notice of Garnishment.

4.     Notice of Garnishment and Instructions.

5.     Request for Hearing

The United States of America further certifies that on the date set forth below, the

Garnishee, Branch, Bank and Trust Co, located in Boston, MA,  was served by certified mail the

following documents:

1.      Copy of Application For Writ of Garnishment.

2.      Writ of Garnishment with attached Claim of Exemptions Form.

3.      Answer of the Garnishee and accompanying instructions.


                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney


                     By:      /s/  Christopher R. Donato
                              CHRISTOPHER R. DONATO
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
                              (617) 748-3303


Date: February 28, 2012