UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:10-CR-10414-WGY |
| KEVIN KELLY, | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| BRANCH BANK AND TRUST CO. | ) | |
| Garnishee. | ) | |

## ANSWER OF THE GARNISHEE

__Tammy Ivey__, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name

of _____.
    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That he/she is the __Branch Specialist__ (Official Title) of Garnishee, __BB&T__
a corporation, organized under the laws of the State of __North Carolina__.

On __March 6th__, 20__12__, Garnishee was served with the Writ of Garnishment.

1. The Garnishee has custody, control or possession of the following property (non-earnings), in which the defendant maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | Checking | 498.88 | Both checking Accounts Are on hold due to Warrant to seize personal property issued on 4-16-09. Case #07mJ1774TSH. in the Amount of $145,600.40. |
| 2. | Checking | 4620.45 | |
| 3. | | | |
| 4. | | | |

Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

___ The Garnishee makes the following claim of exemption on the part of Defendant:

_____

___ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____

___ The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to Kevin Kelly

and Christopher R. Donato.

_____Tammy Ivey BB&T_____
Garnishee

Subscribed and sworn to before me this __6__ day of __March 2012__

_____Jean Marie Taylor_____
Notary Public

My Commission expires: 05-06-2015

[Notary Seal: JEAN MARIE TAYLOR, NOTARY PUBLIC, ROBESON CO., NC]

91 7199 9991 7030 3120 8321