UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>KEVIN KELLY,<br>　　　　Defendant,<br><br>*and*<br><br>BRANCH, BANK & TRUST CO.<br>　　　　Garnishee. | COURT NO. 1:10-CR-10414-WGY |

## ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Branch, Bank & Trust Co., is to disburse all funds held on behalf of the defendant to the Clerk of Court, c/o United States District Court, 1 Courthouse Way, Boston, MA 02210. This Court further orders that the payments of any taxes and/or penalties resulting from the withdrawal of said funds are to be paid directly from the funds prior to the balance being paid to the Clerk.

APPROVED:　　　　　　　　　　　　　　　　SO ORDERED:

*William G. Young*　　　　　　　　　　　　　*[signature]*
UNITED STATES DISTRICT JUDGE　　　　DEPUTY CLERK
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

DATED: *April 20, 2012*